Keith J. Miller
**ROBINSON MILLER LLC**
One Newark Center
Newark, NJ  07102
Tel:  (973) 690-5400
Fax:  (973) 466-2760
(kmiller@rwmlegal.com)

*Attorneys for Plaintiff Depomed, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC. and GRÜNENTHAL GMBH,<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　　v.<br><br>ALKEM LABORATORIES LIMITED,<br><br>　　　　Defendant/Counterclaim Plaintiff. | Civil Action No. 2:13-cv-7803-CCC-MF<br><br>**DEPOMED, INC.'S NOTICE OF MOTION FOR ATTORNEYS' FEES AGAINST ALKEM LABORATORIES LIMITED UNDER 35 U.S.C. § 285**<br><br>Return date:  June 5, 2017<br><br>*Oral argument requested.* |

　　**PLEASE TAKE NOTICE** that on June 5, 2017, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff Depomed, Inc. shall move before the Honorable Claire C. Cecchi, U.S.D.J. for the entry of an Order for attorneys' fees against Defendant Alkem Laboratories Limited, pursuant to 35 U.S.C. § 285.

　　**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiff will rely upon the accompanying memorandum of law and all other pleadings and memoranda on file in this matter.

　　**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that a Certification attesting to the date and manner of service also is submitted herewith.

Dated:  May 10, 2017

Respectfully submitted,

*s/ Keith J. Miller*
  Keith J. Miller

Keith J. Miller
**ROBINSON MILLER LLC**
One Newark Center
Newark, NJ  07102
Tel:  973-690-5400
Fax:  (973) 466-2760
(kmiller@rwmlegal.com)

*Attorneys for Plaintiff Depomed, Inc.*

## CERTIFICATE OF SERVICE

I certify that on May 10, 2017, I caused a copy of the above documents to be served upon Defendants' counsel of record via the Court's electronic filing system.

*s/ Keith J. Miller*
Keith J. Miller
