IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC. and GRÜNENTHAL GMBH,<br><br>   Plaintiffs/Counterclaim Defendants,<br><br> v.<br><br>ALKEM LABORATORIES LIMITED,<br><br>   Defendant/Counterclaim Plaintiff. | Civil Action No. 2:13-cv-7803-CCC-MF<br><br>**ORDER GRANTING DEPOMED, INC.'S MOTION FOR ATTORNEYS' FEES AGAINST ALKEM LABORATORIES LIMITED UNDER 35 U.S.C. § 285** |

**THIS MATTER** having been opened to the Court by Plaintiff Depomed, Inc., by and through its attorneys, Robinson Miller LLC, seeking an Order for attorneys' fees against Defendant Alkem Laboratories Limited, pursuant to 35 U.S.C. § 285; and the Court having considered the Parties' submissions in support of and in opposition to Plaintiff Depomed, Inc.'s motion, as well as the arguments of counsel, if any; and for good cause shown;

**IT IS** on this _____ day of _____ 2017,

**ORDERED** that Plaintiff Depomed, Inc.'s motion for attorneys' fees against Defendant Alkem Laboratories Limited is hereby **GRANTED**; and it is

**FURTHER ORDERED** that, pursuant to 35 U.S.C. § 285, the Court finds this case to be "exceptional" under controlling precedent warranting an award of such fees; and it is

**FURTHER ORDERED** that Plaintiff Depomed, Inc. is hereby awarded $_____ in fees.

**SO ORDERED.**

                _____
                Hon. Claire C. Cecchi, U.S.D.J.