IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC. and GRÜNENTHAL GMBH,<br><br>　　　　Plaintiffs/Counterclaim<br>　　　　Defendants,<br><br>v.<br><br>ACTAVIS ELIZABETH LLC and ALKEM LABORATORIES LIMITED,<br><br>　　　　Defendants/Counterclaim<br>　　　　Plaintiffs. | Civil Action No. 2:13-cv-04507-CCC-MF |
| AND CONSOLIDATED CASES | Civil Action No. 2:13-cv-07803-CCC-MF<br>Civil Action No. 2:13-cv-06929-CCC-MF<br>Civil Action No. 2:14-cv-03941-CCC-MF<br>Civil Action No. 2:14-cv-04617-CCC-MF<br>Civil Action No. 2:15-cv-06797-CCC-MF |

## **CORRECTED FINAL JUDGMENT AND INJUNCTION *NUNC PRO TUNC***

**THIS MATTER**, having come before the Court via a letter request dated September 18, 2017 which was filed by Actavis Elizabeth LLC and for which the Plaintiffs do not oppose, IT IS ORDERED *nunc pro tunc* with an effective date of April 11, 2017 that:

1.　The Final Judgment and Injunction dated April 11, 2017, filed at Docket No. 582 in Civil Action No. 2:13-cv-04507 and also filed in the above-referenced consolidated cases ("Judgment") is corrected so that the first page which states:

> the counterclaims and defenses of defendants Actavis Elizabeth LLC, Actavis UT, Actavis LLC, Actavis, Inc. (collectively, "Actavis")

> is corrected to state:

> the counterclaims and defenses of defendants Actavis Elizabeth LLC and Actavis UT (collectively, "Actavis").

2. Paragraphs 25-28 of the Judgment are corrected so that the term "Actavis" refers only to Actavis Elizabeth LLC.

3. This Corrected Final Judgment and Injunction does not alter the Stipulations regarding Actavis, Inc. and Actavis LLC entered on February 22, 2016 and March 3, 2016, whereby Actavis, Inc. and Actavis LLC were dismissed as defendants from the action and agreed to be bound by the Final Judgment and Injunction entered by the Court on April 11, 2017, including any appeals. Dkt. 388 (13-cv-04507) and Dkt. 79 (15-cv-06797).

IT IS SO ORDERED this 20 day of September, 2017.

_____
Claire C. Cecchi
U.S. District Judge