Keith J. Miller, Esq.
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
973-690-5400
kmiller@rwmlegal.com

Attorneys for Plaintiff Assertio Therapeutics, Inc.,
formerly known as Depomed, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

————————————————x
:
ASSERTIO THERAPEUTICS, INC. f/k/a : Honorable Claire C. Cecchi, U.S.D.J.
DEPOMED, INC. and GRÜNENTHAL :
GMBH, : Civil Action No. 13 CV 4507 (CCC)(MF)
:
       Plaintiffs :
:
:
v. : **CONSENT ORDER AMENDING CASE**
: **CAPTION TO REFLECT NAME CHANGE**
ACTAVIS ELIZABETH LLC and ALKEM :
LABORATORIES LIMITED, :
:
      Defendants. :
:

————————————————x
:
AND CONSOLIDATED CASES : Civil Action No. 13 CV 7803 (CCC)(MF)
: Civil Action No. 13 CV 6929 (CCC)(MF)
: Civil Action No. 14 CV 3941 (CCC)(MF)
: Civil Action No. 14 CV 4617 (CCC)(MF)
: Civil Action No. 15 CV 6797 (CCC)(MF)
:
:
————————————————x

     **THIS MATTER,** being opened to the Court by plaintiff Assertio Therapeutics,

Inc., formerly known as Depomed, Inc., by way of Consent Order amending the case

caption to substitute Assertio Therapeutics, Inc. as a named plaintiff in place of Depomed, Inc.; and all parties having consenting to the requested amendment; and for good cause shown;

**IT IS** on this 23rd day of March, 2020,

**ORDERED** as follows:

1.      Assertio Therapeutics, Inc. be and hereby is substituted as a named plaintiff in place of Depomed, Inc. in this case and all related cases; and

2.      The Clerk of the Court is directed to amend the case caption to reflect the substitution of Assertio Therapeutics, Inc. as a named plaintiff in place of Depomed, Inc. in this case and all related cases.

_____
Claire C. Cecchi, U.S.D.J.

2