UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEPOMED, INC. and GRUNENTHAL GMBH,<br><br>Plaintiffs/<br>Counterclaim Defts.,<br><br>v.<br><br>ALKEM LABORATORIES LIMITED,<br><br>Defendant/<br>Counterclaim Plf. | Civil Action No. 13-7803 (CCC)<br><br><br><u>ORDER</u> |

IT IS on this 13th day of April, 2021

    **ORDERED** that the in-person settlement conference before the Undersigned on **May 6, 2021** at **10:00 a.m.** will now proceed via Zoom conference. The ZOOM conference invitation will be sent to your designated email address on the Court's Electronic Filing System. **In addition to and wholly separate from lead counsel, clients with full settlement authority are required to be present on the conference. Failure to appear at the conference may result in sanctions.** Upon receipt of the ZOOM invitation, counsel are directed to email their respective client(s) the invitation.

                                              <u>s/Mark Falk                </u>
                                              MARK FALK
                                              Chief U.S. Magistrate Judge