UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEPOMED, INC. and GRUNENTHAL GMBH,**<br><br>        Plaintiffs/<br>        Counterclaim Defts.,<br><br>    v.<br><br>**ALKEM LABORATORIES LIMITED,**<br><br>        Defendant/<br>        Counterclaim Plf. | Civil Action No. 13-7803 (CCC)<br><br>**<u>ORDER</u>** |

IT IS on this 22nd day of June, 2021

**ORDERED** that there shall be a settlement conference via ZOOM before the Undersigned on **August 3, 2021** at **10:00 a.m.** The ZOOM conference invitation will be sent to your designated email address on the Court's Electronic Filing System. **In addition to and wholly separate from lead counsel, individual clients and any insurance adjuster or supervisor with full settlement authority are required to be present on the conference. Failure to appear at the conference may result in sanctions.** Upon receipt of the ZOOM invitation, counsel are directed to email the invitation to their respective client(s).

<u>s/Mark Falk</u>
MARK FALK
Chief U.S. Magistrate Judge